Woolls Peer Dollinger & Scher
A Professional Corporation
One Wilshire Building, 624 South Grand Avenue, 22nd Floor
Los Angeles, California 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAK PARK UNIFIED SCHOOL DISTRICT, a California Public School District; and THE VENTURA COUNTY SCHOOL SELF-FINDING AUTHORITY, a California Joint Powers Insurance Authority,<br><br>Plaintiff,<br><br>v.<br><br>THE PHILADELPHIA INSURANCE COMPANIES, et al.,<br><br>Defendants. | Case No.: 2:17-cv-03765-SVW-KS<br><br>**JUDGMENT**  JS-6<br><br>Filing Date: May 18, 2017<br>Trial Date: Jan. 9, 2018 |

This action came before the Court pursuant to the Motion for Summary Judgment of Defendant Philadelphia Indemnity Insurance Company (also erroneously named as Philadelphia Insurance Company and The Philadelphia Insurance Companies). Philadelphia filed a motion for summary judgment on October 17, 2017. Dkt. 36 ("Motion"). Plaintiffs, Oak Park Unified School District ("Oak Park") and The Ventura County Schools Self-Funding Authority ("VCSSFA"), opposed the motion on October 30, 2017. Dkt. 39 ("Opposition"). Philadelphia filed a reply on November

1

6, 2017. Dkt. 40 ("Reply Brief'). A hearing was held on the Motion on November 20, 2017. Dkt. 41 A minute order setting forth the reasons the Motion was granted was issued by the court on December 19, 2017. Dkt. 53. Accordingly,

IT IS HEREBY ORDERED THAT:

(1) Judgment is entered in favor of Philadelphia on First Claim for Relief in the Complaint for Breach of Contract (Dkt. 1), as the court finds and declares that Philadelphia owed no duty to defend Oak Park in the underlying *Arendts* Lawsuit pursuant to either its primary or umbrella policies issued to United States Club Soccer.

(2) Judgment is entered in favor of Philadelphia on the Second Claim for Relief in the Complaint for Breach of the Implied Covenant of Good Faith and Fair Dealing, as no benefits were due to Oak Park under the Philadelphia policies.

(3) Judgement is entered in favor of Philadelphia on the Third Claim for Relief for Equitable Subrogation stated by Plaintiff VCSSFA, as Philadelphia owed no obligation to defend Oak Park in the underlying *Arendts* Lawsuit, and therefore owes no reimbursement to VCSSFA for the amounts VCSSFA expended to defend Oak Park in that action.

(4) Plaintiffs shall take nothing by their Complaint against Defendants, the action shall be dismissed, and Philadelphia shall recover its costs.

IT IS SO ORDERED, ADJUDGED AND DECREED.

DATED: December 28, 2017     By: /s/ Stephen V. Wilson
                                 Hon. Stephen V. Wilson
                                 U.S. District Court Judge